**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1666

CLAUDIA SANCHEZ GLOVER,

Plaintiff - Appellant,

versus

SECRETARY, DEPARTMENT OF HEALTH AND HUMAN
SERVICES,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-04-693-CCB)

Submitted: October 26, 2005          Decided: November 14, 2005

Before TRAXLER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Claudia Sanchez Glover, Appellant Pro Se. John Walter Sippel, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland; Sherri Lanette Evans, OFFICE OF THE UNITED STATES ATTORNEY, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Claudia Sanchez Glover appeals a district court order denying her motion for reconsideration. We have reviewed the record and the district court order and affirm substantially for the reasons stated by the district court. See Glover v. Secretary, HHS, No. CA-04-693-CCB (D. Md. May 2, 2005).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

*This court does not have jurisdiction to review the March 4, 2005 order dismissing Glover's complaint because Glover failed to file a timely notice of appeal from that order. When the United States or its officer or agency is a party, the notice of appeal must be filed no more than sixty days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corr., 434 U.S. 257, 264 (1978). The district court's order of dismissal was entered on the docket on March 4, 2005. Glover's motion for reconsideration did not toll the sixty day period because it was not filed within ten days of the March 4 order. See Fed. R. App. P. 4(a)(4). Glover's notice of appeal was filed on June 6, 2005, or beyond the sixty day appeal period from the March 4, 2005 order.

- 2 -